UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SMITH,<br><br>                Plaintiff,<br>  v.<br><br>RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, and JOSEPH LOPIN,<br><br>                Defendants. | No. C11-5401 RBL/KLS<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT |

This case was removed to this Court from the Thurston County Superior Court on May 26, 2011. ECF No. 1. On June 6, 2011, Defendants filed their answer to Plaintiff's complaint. ECF No. 6. On June 10, 2011, Plaintiff filed a motion to amend his complaint. ECF No. 9. That motion was noted on the Court's calendar for July 1, 2011. Defendants have not filed a response to the motion. Accordingly, it is **ORDERED:**

    (1)    Defendants shall file a response to Plaintiff's motion to amend (ECF No. 9) **on or before July 15, 2011.**

    (2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this __7th__ day of July, 2011.

                                                                         Karen L. Strombom
                                                                         United States Magistrate Judge

ORDER - 1