UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM SMITH,

              Plaintiff,

   v.

RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, and JOSEPH LOPIN,

              Defendants.

No. C11-5401 RBL/KLS

ORDER GRANTING MOTION TO AMEND AND DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESSES

This case was removed to this Court from the Thurston County Superior Court on May 26, 2011. ECF No. 1. On June 6, 2011, Defendants filed their answer to Plaintiff's complaint. ECF No. 6. On June 10, 2011, Plaintiff filed a motion to amend his complaint. ECF No. 9. In response, Defendants filed an answer to the amended complaint. ECF No. 22.

The amended complaint names five additional parties: EldonVail, Dan Pacholke, Sean Murphy, Steve Hammond, and the Department of Corrections. These new parties must be served with the amended complaint. According to Defendants, Randy Pierce, Gary Fletcher, and William Rollins were never served with the original complaint. ECF No. 22, p. 7. Therefore, they must also be served with the amended complaint.[1]

Accordingly, it is **ORDERED:**

---

[1] The Court's docket reflects that Defendants Catherine Baum, Dennis Dahne, Patrick Glebe, Dano Gorton, Joseph Lopin, Kerri McTarsney, Tammy Nikula, Kathy Reninger, Rodulf Triveno, and Dan Van Ogle were served with Plaintiff's original complaint and are represented by Patricia Fetterly of the Washington Attorney General's Office. Therefore, it is not necessary to again serve these defendants with summons and the amended complaint.

ORDER - 1

(1) Plaintiff's motion to amend (ECF No. 9) is **GRANTED;** the Clerk shall docket the proposed amended complaint (ECF No. 9-1).

(2) The Clerk shall send service forms to Plaintiff;

(3) Plaintiff is directed to fill out the forms with complete addresses for the newly named defendants and those defendants who were never served with the original complaint. These documents must be returned to the Court on or before **August 26, 2011,** or the Court will recommend dismissal of this action against those defendants for failure to prosecute.

**DATED** this  1st  day of August, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2