1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
9   AT TACOMA

10  WILLIAM G. SMITH,

11                    Plaintiff,                No. C11-5401 RBL/KLS

12       v.
                                                ORDER DENYING MOTION TO
13  RODULF TRIVENO, RANDY PIERCE,               COMPEL
    CATHERINE BAUM, GARY FLETCHER,
14  WILLIAM ROLLINS, PATRICK GLEBE,
    DAN VAN OGLE, KERRI McTARSNEY,
15  DENNIS DAHNE, TAMMY NIKULA,
    DANO GORTON, KATHY RENINGER,
16  JOSEPH LOPIN, ELDON VAIL, DAN
    PACHOLKE, SEAN MURPHY, STEVE
17  HAMMOND, and DEPARTMENT OF
    CORRECTIONS,
18
19                    Defendants.

20      Before the Court is Plaintiff's "Motion for An Order Compelling Discovery." ECF No.
21
    28. Within this document, Plaintiff requests an Order compelling Defendants to answer the
22
    interrogatories and request for production of documents that he sent to them on June 8, 2011. *Id.*
23
                                       **DISCUSSION**
24
        Plaintiff must confer with opposing counsel in a good faith attempt to resolve any
25
26  discovery dispute.  If the attempt to confer is unsuccessful, Plaintiff may file a motion to compel,

ORDER - 1

which shall include a certification that he, in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court intervention in accordance with Fed. R. Civ. P. 37(a)(2)(B).

Accordingly, it is **ORDERED:**

(1) Plaintiff's Motion (ECF No. 28) is **DENIED**.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this   12th   day of September, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2