UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM G. SMITH,<br><br>               Plaintiff,<br><br>  v.<br><br>RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, JOSEPH LOPIN, ELDON VAIL, DAN PACHOLKE, SEAN MURPHY, STEVE HAMMOND, and DEPARTMENT OF CORRECTIONS,<br><br>               Defendants. | No. C11-5401 RBL/KLS<br><br>ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANTS |

This action is proceeding under Plaintiff's Amended Complaint filed on August 1, 2011. ECF No. 26. On August 12, 2011, the Court directed service of the amended complaint on all additionally named defendants. ECF No. 32. The docket reflects that three Defendants, Eldon Vail, Randy Pierce, and Gary Fletcher, have not yet been served with the amended complaint.

The Court has an alternative address for Defendant Eldon Vail and the Clerk will be directed to make another attempt to complete service of the amended complaint on him. However, the Court has no alternative addresses for Defendants Randy Pierce and Gary Fletcher. Because service cannot be effective, personal jurisdiction over Randy Pierce and Gary Fletcher does not exist and the Court has no authority over them at this time. However, if Plaintiff

ORDER - 1

provides the court with current addresses for these individuals, the Court will direct that service be again attempted.

Accordingly, it is **ORDERED that** the Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendants.  Plaintiff is directed to provide the Court with new addresses for Randy Pierce and Gary Fletcher on or before **November 25, 2011,** or the Court will recommend dismissal for failure to prosecute as to these individuals.

**DATED** this __19th__ day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2