UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SMITH,<br><br>                 Plaintiff,<br>  v.<br><br>RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, and JOSEPH LOPIN,<br><br>                 Defendants. | No. C11-5401 RBL/KLS<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO APPOINT COUNSEL |

      This is Plaintiff's second motion for the appointment of counsel. ECF No. 49. The motion, along with a memorandum and an affidavit, are undated and unsigned. *Id.* Plaintiff has previously been advised that there is no constitutional right to appointed counsel in a § 1983 action. *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). *See also United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 569 (9th Cir. 1995) ("[a]ppointment of counsel under this section is discretionary, not mandatory.") There are no exceptional circumstances warranting the appointment of counsel in Plaintiff's case.

      Accordingly, Plaintiff's second motion for the appointment of counsel (ECF NO. 49) is **DENIED.**

      **DATED** this  8th  day of December, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1