UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM SMITH,<br><br>              Plaintiff,<br>  v.<br><br>RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, and JOSEPH LOPIN,<br><br>              Defendants. | No. C11-5401 RBL/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE |

Before the Court is Plaintiff's motion to strike Defendants' response to Plaintiff's motion for the appointment of counsel. ECF No. 52. Plaintiff moves to strike the response because it was not signed by counsel. Pursuant to Section III (L) of the Electronic Filings Procedures, signatures on pleadings filed with this court "must have the signors' names printed or typed on the line and under all signature lines." Defendants' pleading filed in response to plaintiff's second motion to appoint counsel met this requirement.

Accordingly, Plaintiff's motion to strike (ECF No. 52) is **DENIED.**

**DATED** this __8th__ day of December, 2011.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 1