UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM G. SMITH,

                    Plaintiff,

          v.

RODULF TRIVENO, RANDY PIERCE,
CATHERINE BAUM, GARY
FLETCHER, WILLIAM ROLLINS,
PATRICK GLEBE, DAN VAN OGLE,
KERRI McTARSNEY, DENNIS
DAHNE, TAMMY NIKULA, DANO
GORTON, KATHY RENINGER,
JOSEPH LOPIN, ELDON VAIL, DAN
PACHOLKE, SEAN MURPHY, STEVE
HAMMOND, and DEPARTMENT OF
CORRECTIONS,

                    Defendants.

No. C11-5401 RBL/KLS

**ORDER ADOPTING REPORT AND
RECOMMENDATION**

          The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

          (1)     The Court adopts the Report and Recommendation.

          (2)     Plaintiff's claims against Defendants Randy Pierce and Gary Fletcher are
                  **DISMISSED without prejudice** for failure to prosecute.

          (3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for
                  Defendants and to the Hon. Karen L. Strombom.

          **DATED** this 14 day of February 2011.

                                        Benjamin H. Settle
                                        United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1