| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA | |
| WILLIAM G. SMITH,<br><br>        Plaintiff,<br><br>  v.<br><br>RODULF TRIVENO, RANDY PIERCE, CATHERINE BAUM, GARY FLETCHER, WILLIAM ROLLINS, PATRICK GLEBE, DAN VAN OGLE, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DANO GORTON, KATHY RENINGER, JOSEPH LOPIN, ELDON VAIL, DAN PACHOLKE, SEAN MURPHY, STEVE HAMMOND, and DEPARTMENT OF CORRECTIONS,<br><br>        Defendants. | NO. C11-5401 RBL/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Defendants' Motion for Summary Judgment (ECF No. 64) is presently pending before the Court. Defendant's motion was set for hearing on Friday, February 24, 2012. Plaintiff's response was due on February 20, 2012. On February 14, 2012, Plaintiff filed a motion for extension of time of his deadline to respond to Defendants' motion for summary judgment. ECF No. 76. Plaintiff requests an extension until March 23, 2012 because a leak in the library roof kept him accessing the law library for one week. *Id.* Defendants oppose the requested extension and provide a declaration from the librarian stating that the library was closed for only two and one half hours due to a leak in the roof but open at all other times for inmate use. ECF Nos. 78 and 79. Plaintiff filed a reply and provides his affidavit and the affidavit of

ORDER - 1

another inmate stating that the library was closed for more than one day because of the leak, the Martin Luther King, Jr. holiday, and snow days. ECF No. 82. Plaintiff filed his response to Defendants' motion for summary judgment on March 1, 2012. ECF No. 80. Defendants filed their reply on March 5, 2012. ECF No. 81.

Because Plaintiff has already filed his response, he does not require an extension until March 23, 2012. The Court will, however, grant Plaintiff an extension until March 1, 2012, so that his response to Defendants' motion for summary judgment (ECF No. 80) may be deemed timely filed.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion for continuance (ECF No. 76) is **GRANTED.** His response to Defendants' motion for summary judgment (ECF No. 80) is timely filed.

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  14th  day of March, 2012.

Karen L. Strombom
United States Magistrate Judge