UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM SMITH,

                Plaintiff,

v.

PATRICK GLEBE, ELDON VAIL, DAN PACHOLKE, DAN VAN OGLE, SEAN MURPHY, STEVE HAMMOND, KERRI McTARSNEY, DENNIS DAHNE, TAMMY NIKULA, DAMON GORTON, KATHY RENINGER, JOSEPH LOPIN, GARY FLETCHER, CATHERINE BAUM, WILLIAM ROLLINS, RODOLFO TREVINO, RANDY PIERCE, and DEPARTMENT OF CORRECTIONS,

                Defendants.

No. C11-5401 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)    The Court adopts the Report and Recommendation.

    2)    Plaintiff's Motion for Summary Judgment (ECF No. 63) is DENIED; Defendants' Motion for Summary Judgment (ECF No. 64) is **GRANTED;** Plaintiff's claims are **Dismissed without Prejudice.**

    3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 18th day of May, 2012.

                              */s/ Ronald B. Leighton*
                              Ronald B. Leighton
                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1